1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA FIELDS,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. C06-1636-RSL-JPD<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation between the parties (Dkt. No. 17), it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The parties, acting through their respective counsel, hereby agree that the above-captioned case be reversed and remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to an Administrative Law Judge (ALJ), the ALJ will obtain additional evidence from the treating physicians, to include clarification of Dr. Newton's opinion and medical source statements in accordance with

Page 1      ORDER FOR REMAND - [2:06-cv-1636-RSL-JPD]

20 C.F.R. § 416.912.  The ALJ will also reevaluate the medical evidence including the opinions of Drs. Kederline, Woodward, and Helibrunn, in accordance with 20 C.F.R. § 416.927.  The ALJ will also reevaluate Plaintiff's residual functional capacity pursuant to Social Security Ruling 96-8p.  Supplemental vocational expert evidence should be obtained, if warranted.  The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 30th day of April, 2007.

_____
Robert S. Lasnik
United States District Judge

Recommended for entry this
27th day of April, 2007.

/s/  JAMES P. DONOHUE
United States Magistrate Judge


Presented by:

s/ L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-3749
Fax: (206)615-2531
jamala.edwards@ssa.gov

Page 2     ORDER FOR REMAND - [2:06-cv-1636-RSL-JPD]